UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

OMNIBUS WITHDRAWAL AND SUBSTITUION OF COUNSEL

PLEASE TAKE NOTICE that Linda D. Jennings Esquire's Employment with America Law Group will end on October 1, 2015, and that all cases wherein she is the attorney, the Debtor's contract states they are represented by America Law Group, therefore her Appearance in the attached cases is hereby withdrawn and Richard J. Oulton is substituted therein as counsel of record.

Dated:   June 19, 2015

        Respectfully submitted,
        By: /s/ Richard J. Oulton
        Richard J. Oulton, VSB#29640
        America Law Group, Inc.
        2312 Boulevard
        Colonial Heights, VA 23834
        Phone: (804) 520-2428

Seen and Agreed to:

/s/Linda D. Jennings
Linda D. Jennings, VSB#19455

LOCAL RULE 9022-1 (C) CERTIFICATION

COMES NOW the Debtor, by counsel and pursuant to Local Rule 9022-1(C)(1)  advises the Court that the foregoing Order has been endorsed by all the necessary parties.

/s/ Richard J. Oulton

CASES:

| Case Number | Debtor(s) |
|---|---|
| 11-30789-KRH | Amber Marks Greene and Dudley Jerome Greene, Jr |
| 11-32354-KLP | Carrie Ann Jensen |
| 11-32427-KRH | Jennifer Robinson Long |
| 11-32638-KRH | Daniel L Hendrick and Stephanie E Hendrick |
| 11-32641-KLP | Clarissa Walker Owen |

| | |
|---|---|
| 11-32674-KLP | Michael R Pearson, Sr. |
| 11-32984-KLP | Eric Tyrone Tucker and Sharon Denise Tucker |
| 11-32987-KLP | Otis Lee Evans |
| 11-33030-KLP | Phyllis D Boone |
| 11-33174-KRH | Rosalyn Conchita Brown |
| 11-33175-KLP | Angel Marie George |
| 11-33229-KRH | Eddie Lee Harvey |
| 11-33323-KRH | Karen Michele Blackwell |
| 11-33334-KRH | Arthur Tronell Wynn and Christine Alexander Wynn |
| 11-33526-KRH | Gertrude Virginia Reed |
| 11-33672-KRH | Lauren Juanita Harris |
| 11-33676-KLP | Robert Kenneth McPhaul |
| 11-33698-KLP | Chiquita Paulette Thompson |
| 11-33823-KLP | Willie Edward Rainey and Linda Sue Rainey |
| 11-33859-KLP | Michael Lee Gee and Diane Louise Gee |
| 11-33946-KRH | Wendy U Duncan |
| 11-34142-KRH | Derrick Leon Ridley |
| 11-34144-KRH | Linda Gayle Drinkwater |
| 11-34145-KLP | James Alfred Johnson and Arlesa Simms Johnson |
| 11-34263-KRH | Christopher Spratley and Sandra Spratley |
| 11-34417-KRH | Sadiqua Wynona Booker |
| 11-34523-KRH | Tonya Evet Eppes |
| 11-34524-KRH | Henry Cornell Gray and Linda Hill Gray |
| 11-34525-KRH | Ethel I Holmes |
| 11-34660-KLP | Cassandra Angelique Miles |
| 11-34877-KLP | Janine Elise Snow |
| 11-34964-KRH | Melvin John Melancon and Frances Ann Melancon |
| 11-35298-KLP | Edward Lee Lewis, Sr. and Iretha Marie Lewis |
| 11-35377-KRH | Robert Wayne Owens, Sr. and Rosa Marie Owens |
| 11-35481-KLP | Lakisha Rena Ragsdale |
| 11-35603-KLP | Mildred Olivia Finn |
| 11-35649-KLP | Leona D Seward |
| 11-35732-KLP | Willard Bowen and Margaret Bowen |
| 11-35830-KRH | Karen Crockett |
| 11-35831-KLP | Connie Eugene Morgan |
| 11-35937-KLP | Lavonda Yvette Crenshaw |
| 11-36159-KLP | Mona Dominique Battle |
| 11-36160-KRH | Benjamin Musto |
| 11-36317-KRH | Thomas W. Robinette |
| 11-36318-KRH | Lori Lavin Bland |

| | |
|---|---|
| 11-36319-KLP | Linda Bassett |
| 11-36321-KRH | Angela Paullette Hall |
| 11-36326-KRH | Terence Lamont Smith |
| 11-36362-KRH | Toshica Patrice Stevens-Johnson |
| 11-36363-KRH | Markisha Nicole Campbell |
| 11-36460-KLP | Denise Laraine Jackson |
| 11-36461-KLP | Paulette Hilda Harper |
| 11-36462-KRH | Mario Deshawn Thompson |
| 11-36627-KLP | Tywanna LaShea Evans |
| 11-36737-KRH | Wayne C Link and Cristina Link |
| 11-36741-KRH | Tomega Patrice Coleman |
| 11-36862-KRH | Anthony Wayne Holly |
| 11-36906-KLP | Michael E. Klinger |
| 11-36999-KLP | Larry Rodnell Anthony |
| 11-37102-KLP | Joseph Eppes and Susie Eppes |
| 11-37220-KLP | Brenda L. Rines |
| 11-37222-KLP | Rita Annette Evans |
| 11-37293-KRH | John William Newman and Amanda Dabney Newman |
| 11-37313-KRH | Keith Monroe Slaughter |
| 11-37424-KRH | Wendy Ellen Higgins |
| 11-37656-KRH | Janice Townsend |
| 11-37731-KLP | Luciano Guadalupe and Lizbeth Guadalupe |
| 11-37732-KLP | Mary Ann Rosier |
| 11-37835-KRH | Warren D Fields, Sr. and Doretha Winfield Fields |
| 11-37836-KLP | Leon Wilson Scott |
| 11-37845-KLP | Tessie Evette Rodgers |
| 11-37925-KLP | Florence Inez Hieskill |
| 11-38126-KRH | Walter E Barrow, Jr. and Patricia Ann Barrow |
| 11-73277-SCS | Tina Louvator Gardner |
| 12-30043-KRH | Connie Lee Morris |
| 12-30099-KRH | Craig Williams |
| 12-30336-KLP | Avis Deneen Young |
| 12-30402-KLP | Barbara Annette Powell |
| 12-30483-KRH | Sylvester William Hill and Brandi Crone Hill |
| 12-30539-KLP | Robert Willis Shier, Jr |
| 12-30576-KLP | John W Robertson, 3rd |
| 12-30627-KRH | Tina Bridges Roberson |
| 12-30758-KLP | Jasper Jerome Buford and Patricia Jones Buford |
| 12-30761-KLP | Charletha Evonne Patterson |
| 12-30763-KRH | Pamela Michela Brown |

| | |
|---|---|
| 12-30855-KRH | James A Vencill, Jr. and Kian Sullivan Vencill |
| 12-30892-KRH | Anginette Denise Morris |
| 12-30931-KLP | Kelly Yuvonne Rogers |
| 12-31182-KRH | Steven Ray Martin and Amanda Jackson Martin |
| 12-31183-KLP | Leonard Lambert |
| 12-31184-KLP | Ronald Lee Rogers and Myrna Joanne Rogers |
| 12-31294-KLP | Kerry Elwyn Smith |
| 12-31295-KLP | Tamisha Jaquetta Harvey |
| 12-31298-KLP | Christina Belshan Bishop |
| 12-31425-KLP | Daniel Anthony Valletta |
| 12-31476-KRH | Duane Lamont Hazelwood and Artimease Lynette Hazelwood |
| 12-31551-KRH | Patricia Malone Willis |
| 12-31552-KLP | Kendra Renee Blackwell |
| 12-31585-KLP | Randolph Franklin Thomas, Jr. and Juanita Marie Thomas |
| 12-31734-KRH | Audrey Hill Jackson |
| 12-31920-KLP | Matthew Van Marshall and Ashley Ann Marie Marshall |
| 12-31921-KRH | Gail R. Dunmore |
| 12-31922-KLP | Barbera Y. Evans |
| 12-32167-KRH | Routher Warrenton Ford, Sr. and Versie Ann Ford |
| 12-32168-KLP | Roy Lester Thomas |
| 12-32193-KLP | Michael Lee Allen |
| 12-32195-KRH | Ellen Rene Allen |
| 12-32243-KLP | Carlotte Nicole Taylor |
| 12-32244-KLP | Sharon Denise Scott |
| 12-32255-KRH | Mark A Longest and Cynthia B Taylor-Longest |
| 12-32398-KRH | Pamela Wiley Welch |
| 12-32476-KRH | Gary Delmont Tucker and Patricia Dagner Tucker |
| 12-32477-KLP | Clarence Edward Hicks and Christina Tucker Hicks |
| 12-32506-KRH | William Joseph Brown and Ashley Robertson Brown |
| 12-32772-KLP | Lakita Keunda Anderson |
| 12-32789-KLP | Thomas Lee Henshaw and Penny Yvonne Henshaw |
| 12-32822-KLP | John James Cooper and DeShawn Cooper |
| 12-32932-KLP | Andrea Laverne Tucker |
| 12-32934-KLP | Elizabeth S. Walker |
| 12-32936-KRH | Gaylin Durall Vandenbroucke |
| 12-32953-KLP | Crystal Y Harris |
| 12-32959-KRH | James Edward Washington, Jr. |
| 12-33215-KRH | Donna Winfrey Wynn |
| 12-33216-KLP | Ralph J White |
| 12-33226-KLP | Selester Mae Robinson |

| | |
|---|---|
| 12-33280-KLP | Sharon Elizabeth Cox |
| 12-33281-KLP | Robert Leslie Vest |
| 12-33359-KLP | Cynthia Wilder |
| 12-33497-KRH | Donald P Brashaw and Joetta W Brashaw |
| 12-33498-KLP | Rodney O Gooch |
| 12-33876-KRH | Christopher Charles Smart and Melissa Dawn Smart |
| 12-33908-KRH | Kevin Jerome Baskerville |
| 12-34011-KLP | Robert L. Boyd, Sr. and Miriam A. Boyd |
| 12-34012-KRH | Jamie Matthew Scott |
| 12-34013-KRH | Sharon Elaine Smith |
| 12-34076-KRH | Melissa Booth Freeman |
| 12-34077-KLP | Steven W. Hogge and Marion W Hogge |
| 12-34135-KLP | Larry Tucker and Joan Taylor Tucker |
| 12-34148-KRH | Michael Simm Fletcher and Janice Mitchell Fletcher |
| 12-34264-KRH | Wayne Richard Biringer and Sherry Ann Biringer |
| 12-34340-KLP | Rhonda Y Moon |
| 12-34341-KRH | Angelyn Lavone Fowlkes |
| 12-34534-KLP | Mark Steven Slagle |
| 12-34572-KRH | Kenneth Dion Simon and Tarsha Monique Mudd-Simon |
| 12-34669-KLP | Tymeka L Hazelwood |
| 12-34854-KLP | Ronald Eric Preece and Noelle Zaborsky Preece |
| 12-35046-KLP | James Nathan Sheppard |
| 12-35047-KLP | Vernell Patrice Chandler |
| 12-35048-KLP | Valerie French Jasey |
| 12-35088-KRH | Shirley I White |
| 12-35179-KRH | Jacoby TyJuan Freeman, Sr. and Joyce Ann Freeman |
| 12-35180-KRH | Deborah K Rosenau |
| 12-35233-KLP | Thomas Jefferson Bragg |
| 12-35234-KRH | Mac Pennell, Jr |
| 12-35244-KLP | Francis Benjamin Lee and Ashlee Robbins Lee |
| 12-35310-KRH | Carstina Doretta Ahmed |
| 12-35347-KRH | Albert Sanderson and Alice B Sanderson |
| 12-35442-KRH | Lawrence Allen Hancock and Rebecca Ellen Hancock |
| 12-35443-KLP | Kimberly Laselle Cousin |
| 12-35567-KRH | John M Simon and Peggy M Simon |
| 12-35744-KRH | David S Gibson |
| 12-35759-KLP | Jerome Forrest Farrar and Bridget Michelle Farrar |
| 12-35760-KLP | Sylvester Lorenzo Phillips and Julie Mae Phillips |
| 12-35777-KLP | John Hubert Goforth and Barbara Ann Goforth |
| 12-35830-KRH | Melvin Reese Saunders |

| | |
|---|---|
| 12-35831-KRH | Allen R FaJohn |
| 12-35898-KLP | Jeffrey Lyle Edmonds |
| 12-36027-KLP | Natarsha Nicole Batts |
| 12-36029-KRH | Sylvia Hawthorne |
| 12-36164-KRH | Constance Theresa Thomas |
| 12-36190-KRH | Linda Egister Sutton |
| 12-36241-KRH | Recarlos Terrell Lewis and Alease Anne Lewis |
| 12-36608-KLP | Lisa Michelle Fenderson |
| 12-36609-KLP | Johnny Ray Rooker and Virginia Phipps Rooker |
| 12-36715-KRH | June Lee Jackson |
| 12-36756-KLP | Airfield Epps |
| 12-36757-KLP | Delphine Epps |
| 12-36813-KRH | James R Fields |
| 12-36972-KLP | Elois Ann Fields |
| 12-37082-KLP | Allison Slate Simon |
| 12-37132-KRH | Jennifer Lynn Anderson |
| 12-37160-KRH | Robert Leo Allin, III and Kelly Ceppi Allin |
| 12-37331-KLP | Whittney Nicole Branch |
| 13-30317-KLP | Scherrell Marie Battle |
| 13-30335-KRH | Nancy Mann Marsh |
| 13-30336-KLP | Janice Marie Mason |
| 13-30378-KLP | Michael K. Rybak |
| 13-30385-KLP | Henry M Jackson, III and Chanel B Jackson |
| 13-30556-KLP | Tracey Michelle Johnson |
| 13-30583-KLP | Benjamine Lee Rosier |
| 13-30703-KRH | Nicole Angela Lacy |
| 13-30880-KLP | David Warren, II and Carolyn Warren |
| 13-30956-KLP | Shaun Thomas Morrice |
| 13-31136-KLP | Stephen Lyndell Vaughan |
| 13-31251-KRH | Curtis Levi Brown and Annette Smith Brown |
| 13-31285-KLP | Melissa Lee Ouelette |
| 13-31286-KLP | Dewayne Rasheed Delbridge |
| 13-31290-KRH | Wallace Hoy Twombly and Dawn Elaine Twombly |
| 13-31323-KLP | Alice Mae Smith |
| 13-31499-KRH | Angel Glinita Moore |
| 13-31631-KLP | Kelvin Maurice Johnson |
| 13-31667-KRH | Eric Nathaniel Jones, Sr and Cathyee Kimberly Jones |
| 13-31822-KRH | Fernando R Collins |
| 13-31823-KRH | Michael Lee Latney |
| 13-31825-KLP | Russell LaMar Peterson, Sr. and Tracia Christian Peterson |

| | |
|---|---|
| 13-31938-KRH | Francis Gregory Biondo |
| 13-32003-KLP | Michael Pernell Jones and Glenda Lorrine Jones |
| 13-32046-KLP | Orry Wayne McCabe |
| 13-32057-KRH | Alexander F. Matos |
| 13-32117-KRH | Melinda Lee Taylor |
| 13-32393-KRH | Charles Kenneth Melton |
| 13-32394-KRH | Steven W. Garland and Fannie Florean Garland |
| 13-32445-KLP | William F McLaughlin |
| 13-32565-KLP | Shelby Arno Washington and Emma Lee Washington |
| 13-32666-KLP | Tara High Wilson |
| 13-32831-KLP | Melissa Katrell Hill |
| 13-33078-KLP | Polly Sorg Jones |
| 13-33418-KLP | Syena Shantell Hines |
| 13-33496-KLP | Anita Puryear Dabney |
| 13-33718-KLP | Mary Eva Dennis |
| 13-33776-KLP | Melissa Denise Link |
| 13-34104-KLP | Michael Lander Jarrett |